qw

MC-275

Name James Fleetwood Hundy
Address Pelican Bay State Prison
C5-106 * P.O. Box 7500
Cresent City, Ca 95532
CDC or ID Number J-74235

FILED
FEB 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
530

U.S. District Court House
(Court)

James Fleetwood Hundy, JR
Petitioner
vs.
Director of Corrections (CDCR)
Respondent Warden, Robert A. Horel (PBSP)

PETITION FOR WRIT OF HABEAS CORPUS

No. CV 08 1096
(To be supplied by the Clerk of the Court)
PJH
(PR)

INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380

MC-275

**This petition concerns:**

☐ A conviction ☐ Parole

☐ A sentence ☐ Credits

☒ Jail or prison conditions ☐ Prison discipline

☐ Other *(specify):* _____

1. Your name: James Fleetwood Humely
2. Where are you incarcerated? Pelican Bay (Shu) State Prison
3. Why are you in custody?  ☐ Criminal Conviction  ☒ Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

I've not Been allow to have a Kosher diet or been granted the right to transfer to a Prison That does Provide Jewish needs

b. Penal or other code sections: 3054.2 Jewish Diet (a)(b)(d)(e)

c. Name and location of sentencing or committing court: not applicable

d. Case number: IAB: 0702289  Local Log# PBSP 07-00933

e. Date convicted or committed: not applicable

f. Date sentenced: not applicable

g. Length of sentence: not applicable

h. When do you expect to be released? not applicable

i. Were you represented by counsel in the trial court?  ☐ Yes.  ☐ No. If yes, state the attorney's name and address:

not applicable

4. What was the LAST plea you entered? *(check one)*

☐ Not guilty ☐ Guilty ☐ Nolo Contendere ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

☐ Jury ☐ Judge without a jury ☐ Submitted on transcript ☐ Awaiting trial

MC-275

6. GROUNDS FOR RELIEF

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

California of Corrections Rehibilitation Center - and Warden Horel at Pelicanbay State Prison denies me the right to Practice my first Amendment freedom by not allowing Jewish inmates to Kosher Meals Throughout The Year, No Accomodations Met → continue

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

My first attempt of resolve was Through Prison Chaplain Bliesner (3-25-07) stated my Bread issues should be worked out with the food manager which I took to be offensive refering to the feast of Unleaven Bread, Brain adams The food Manager Mention I once used the Vegee diet system before he suggested I wanted special treatment, it was a time before I converted to the Jewish faith (House of Yahweh) refer me back to the chaplain and offered the Vegee diet once more I decline because meat is often required during the feast of unleaven bread as well as vegetables, The 602 Prockess I later began with Sgt Berry and Warden Horel Cpt. foss Assoc. warden Cook, and The Director of Corrections whom partcially granted my arguments to Pass the Buck no accomodations Made still no Transfer, no Jewish Rabbi to over see the members of the

b. Supporting cases, rules, or other authority (optional):
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

Buckhannon V. W. Virginia DHMS. 532 U.S. 598, 609 (2001). Turner V. Safely, 482 U.S. 78, 89 (1987) - Fulbright V. Jones U.S. D.C W.D, Okla, 2006 WL 222807 Africa V. Commonwealth of Pennsylvania, 662 F. 2d 1025 (3d cir. 1981); love V. reed →

ontinue from second #1 It's Been currently delayed and has Been to committee classification and although a Transfer was considered it was not granted, nor was a Jewish Rabbi who could oversee the Feast and Feastibles of Members of The House of Yahweh Members Has not Been added with The Feast of unleaven Bread approaching Theres great need for a Transfer to a facility That has Jewish Rabbi's and, or a System That Set in place. pg 3. of 6 Grounds for Relief

2. supporting facts. The Members of The House of Yahweh Im only left with The Conclusion That C.D.C.R does not Recognize difference's Between Faith's, and in Pelican Bay State Prison That doesn't have a Program for Jew's But every Other religion is unjustifiably denying me The Right to go to a institution That does. fact That dont have a rabbi here after a whole year. Fact They continue not to accomadate me a Transfer. no efforts has Been made make meal's. nothing. pg. 3. of 6

b. supporting cases rules, or other authorities
f,3d 682 (8th cir 2000) LAfevers v. saffle, 936 f.2d 1117 (10th cir. 1991) Montano v. Hedgepeth 120 f.3d 844 (8th cir. 1997)

pg. 3 of 6

7. Ground 2 or Ground _____ (if applicable):                                    MC-275

To Be transfered to an Institution That Provides Jewish inmates Kosher Meals, and have Rabbi ministers that are able to Provide recognition and Blessing for the House of Yahweh members.

a. Supporting facts:

The Prison Chaplain Bluesner stated with offensive tone That I should workout my Bread Concerns with food service Department refering to the feast of Leaven and Unleaven Bread. I later recieved a memorandum 4-10-07 from Brain Adams Correctional food Management/ another response began within the Prodcess of Appeal Partially Granted by Warden whom also seem to say There's no Program for Jews with kosher religious beliefs and Trans for option would or could Be requested at Committee and I was later detain in PBSP (shu) no Accomodations met and 2 month away feast of Unleaven is approaching. Director is claiming at his level They are doing there best to obtain a Jewish Rabbi to Bless and otherwise Over see our events Nothing has happen in Over a year and I've Been given a Partial grant leaving Jewish inmates in limble. Missing The Most important religious Feastibles and rituals Through The Year.

b. Supporting cases, rules, or other authority:

3054.2. Jewish Diet (a)(b)(d)(e) 3054.3. Participation in a religious Diet Program. (a) Fulbright v. Jones, U.S.D.C W.D,Okla, 2006.WL222807 Turner v. Safely, 482 U.S. 78, 89 (1987) Fulbright v. Jones Love v. Reed, 246 f,3d 682 (8Th cir. 2000) Buckhannon v. W. Virginia DIMS. 532 U.S. 598, 609 (2001).

MC–275

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes. ☐ No. If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"): _____
   b. Result _____ c. Date of decision: _____
   d. Case number or citation of opinion, if known: _____
   e. Issues raised: (1) _____
      (2) _____
      (3) _____
   f. Were you represented by counsel on appeal? ☐ Yes. ☐ No. If yes, state the attorney's name and address, if known: _____

9. Did you seek review in the California Supreme Court? ☐ Yes ☐ No. If yes, give the following information:
   a. Result _____ b. Date of decision: _____
   c. Case number or citation of opinion, if known: _____
   d. Issues raised: (1) _____
      (2) _____
      (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:
_____

11. Administrative Review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:
    Formal level was passed do to verbal agreement with The chaplain, food Manager, Sgt. Berry Cpt foss warden Morel.

    b. Did you seek the highest level of administrative review available? ☒ Yes. ☐ No.
       Attach documents that show you have exhausted your administrative remedies.

MC-275

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☐ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a. (1) Name of court: _not applicable_

   (2) Nature of proceeding (for example, "habeas corpus petition"): _not applicable_

   (3) Issues raised: (a) _not applicable_

   (b) _____

   (4) Result (Attach order or explain why unavailable): _not applicable_

   (5) Date of decision: _not applicable_

   b. (1) Name of court: _not applicable_

   (2) Nature of proceeding: _not applicable_

   (3) Issues raised: (a) _not applicable_

   (b) _____

   (4) Result (Attach order or explain why unavailable): _not needed_

   (5) Date of decision: _____

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

   _not applicable_

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)

   _not applicable_

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known:
   _no counciler But I'd would perfer a counsler I'm indigent and do not have full knowledge of the law_

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain:

   _No_

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
   _no_

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: _2-11-08_

▶ _James Hundly Jr_
(SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2007]    PETITION FOR WRIT OF HABEAS CORPUS    Page 6 of 6

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category

**PBSP** PELICAN BAY STATE PRISON SECURITY HOUSING UNIT

1. _____
2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

C5-106

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James Humdy | J-74235 | | ASU 106 |

**A. Describe Problem:** I have establish myself as a (Yadiq) Jew or hebrew etc... and since then I have not been given my religious rights or freedoms. I've taken every necessary step and formality to seek some sort of relief furthers my rights (1st amendment, 14th amendment) under the turner rule, as well as the (RFRA) religious freedom act rule. & (RLUIPA) religious land-use-and-Institutionalized-Person-act Rule. I am follower of the "house of Yahweh" located in Abilene.Tx a Jewish (Yadiam) sect that believes fully in the messiah the son of Yahweh "Yashua Messiah" and I fully believe that "Yeshuah" died for mankind sins and that in following "Yahweh law's" (613 - 248 + positive commandments + 365 prohibitions) I will be in accordance with good honorable congregations of the Seven.churchs of the "house of Yahweh"

If you need more space, attach one additional sheet.

**B. Action Requested:** ① I simply ask that PelicanBay Prison recognize Hebrew's rights to celebrate all of it's holydays and feastables and the correctional food manager accommodate the food and diets that's required. rather in General-population or shu, ads-ed. ② to either be transfered to a correctional facility that doe's recognize "Yahweh's" elect people. ③ to not otherwise be retaliated against, or reprisal been met against→

Inmate/Parolee Signature: James Humdy    Date Submitted: 4-12-07

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: Notice informal BYPASS By passed And

~~BYPASS~~

Staff Signature: _____    Date Returned to Inmate: _____

INMATE APPEALS BRANCH    RECEIVED JUL 18 2007

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

formal level been met  BYPASS  By Passed

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

APR 16 2007    APR 20 2007    JUN 01 2007
m26    1ST AW-GP    2ND APPEALS

First Level  ☐ Granted  ☑ P. Granted  ☒ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: __4-20-07__  Due Date: __6-04-07__

Interviewed by: _____

_[handwritten notes, partially illegible: "Noted for Hunley 5-21-07"]_

Staff Signature: _____  Title: __SGT__  Date Completed: __5-15-07__
Division Head Approved
Signature: _____  Title: __AW-P__  Returned Date to Inmate: MAY 29 2007

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Although accomodations are in progress, I would simply like to be place in a facility that's establish with hebrew accomodation's such as my own. "Yadian" for which hebrew's excepts Yashua as they One and only true savior. "The house of Yahweh" is establish in 6 other Prisons. I like to go then

Signature: __James Hundy__  Date Submitted: __5-31-07__

Second Level  ☐ Granted  ☑ P. Granted  ☐ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: __6-1-07__  Due Date: __6-29-07__
☑ See Attached Letter

Signature: __B. Lamples, CCII__  Date Completed: __6-25-07__
Warden/Superintendent Signature: _____  Date Returned to Inmate: __7-9-07__

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Dissatisfied because a Partially Grant does absolutely nothing to accomodate my religious need's which are infact Annually, in a partial grant in this case only establish Promise, with no results. I'd like to be Granted the rights to all feast and festival's of my faith (Yadaim) which is a Jewish sect. or Transfered to and active facility that fully establish accomodations.

Signature: __James Hundy__  Date Submitted: __7-15-07__

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted  ☐ P. Granted  ☑ Denied  ☐ Other _____
☑ See Attached Letter

Date: OCT 14 2007

CDC 602 (12/87)

Special diets Sometimes raise questions related to the Establish Clause, which prohibits endorsement Clause, which prohibits endorsements of one religion above others. Courts have often required prison to accommodate prisoners' religious diets, but usually allow them to do so in a way that is least costly for them. Ashelman v. Wawrzaszek, 111 F.3d 1179 (10th cir. 2002) Makin v. Colorado Dept of Corrections, 183 F.3d 1205 (10th cir. 1999). The first amendment protects my right under free Exercise Clause. Establish Clause. The fourteenth amendment says that the government cannot discriminate against me are treat me poorly because of my religion. The religious freedom Restoration Act (RFRA) The (R.L.U.I.P.A.) religious-land-use-and-Institutionalized-Persons Act rule see mayweather's v. Newland, 314 F.3d 1062 (9th cir. 2002); Charles v. Verhagen –F.3d. NO. 02-3572, 2003 WL 22455960 (7th Cir. Oct. 30, 2003). Madison v. Riter, 240 F.supp.2d 566 (W.D. Va 2003); Cutter v. Wilkinson F.3d, 2003 WL 22513973 (6th cir. Nov. 7, 2003).

— Scriptual Liverences —
Torah or Holy scriptures, Bible

-189-
Do not eat any bread in celebration of the feast until the Omer offering has been presented to the Priest at the beginning of the 15th of ABiB. Leviticus 23:14;10

Don't eat any parched grain in celebration of the feast until the Omer offering has been presented to the Priest's at the beginning of the 15th of ABiB. Leviticus 23:14 -190-

Do not eat of the fresh green ears in celebration of the feast until the Omer offering has been presented to the Priest's at the beginning of the 15th of ABiB. Leviticus 23:14 -191-

Do not eat leaven bread during the feast of Unleavened Bread. Exodus 13:3 -197-

Do not eat any leaven product during the feast of Unleaven Bread Exodus 12:20 -198-

Do not eat leaven bread with Passover lamb. Deuteronomy 16:3 -199-

No leavened bread is to be found in any of our possessions during the feast of unleaven Bread Exodus 13:7 -200-

No leaven is to be found in any of our possessions during the feast of Unleaven bread. Exodus 12:19 -201-

Remove all leaven from all your property before the 15th of Abib Exodus 12:15 56.

EAT unleaven bread from the 15th through the 21st of Abib. Exodus 12:18
Continue B. Action — Requested. from 602 K

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-5

My Person(s),
Please consult the House of Yahweh for Calender Events and any Question on Yahweh
Feast(s) - 1-800-613-9494

Hello I am a Yadiam (Jew) Israel who's celebrating the feast of Unleaven Bread and I cannot continue to pass up treys for the feast is until April 21st. The feast is a very important celebration for it is a sign that gives recognition Jews to Yahweh our Heavenly Father of bringing Ysreal out of eygpt. I request simply receive no yeast of any kind, or bread are grain- are green ears ony green vegetables. If I have to I will eat Beans and Cheese meat until 15th of Abib. Then simply Unleaven Bread example corn tortillas flour tortillas pasta rice. You can call this number 1-800-613-9494 a direct toll free line to the Honorable Yisrayl Hawkins at The house of Yahweh elder and paster of The pillar and Ground of The Truth. My verification of such a tithe.

I've also wrote the Chaplain and He explain that no accomodations will be met, and Just need your input before going further into this situation!

Thank You and May Yahweh Bless You Understanding

James Humly J74235
ASU/B6#

4-05-07

March 25, 2007

PELICAN  
SECURITY  
UNIT

STATE PRISON  
HOUSING UNIT

James, you must work out your bread concerns with the Food Service Department. I do not have anything to do with the food served on the menu. You were at one time receiving a the Special Religious Diet but now you are on the standard try and Food service controls the menus.

*Chaplain Bliesner*

Informal  
level

**State of California**            B-6

# Memorandum

Date:   April 10, 2007

To:     James Humdy, J74235

From:   Department of Corrections and Rehabilitation
        Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000

Subject: **SPECIAL ACCOMMODATIONS**

In respond to your letter dated April 5, 2007, Pelican Bay State Prison does not have a kosher program. The only program available is a vegetarian religious diet which you no longer participate in the program. I can not meet the individual needs of each inmate and this request is considered a personal preference. I recommend that you contact the Chaplain if you would like to go back on the vegetarian diet.

There are other institutions with the Kosher Programs in place and if you are qualified you may request to be transferred to such an institution.

Thanks you and if you have any questions feel free to contact me at 9096.

BRIAN ADAMS
Correctional Food Manager I
Food Service Department

Attachments

*formal level*

## FIRST LEVEL SUPPLEMENTAL PAGE

**RE:** PELICAN BAY STATE PRISON
Appeal Log # **PBSP-S07-00933**
First Level Reviewer's Response

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-

**INMATE:** HUMDY, J-74235

### APPEAL DECISION: PARTIALLY GRANTED

### APPEAL ISSUE: (modified)

You request that Pelican Bay State Prison (PBSP) recognize the rights of Hebrews to celebrate their holidays and to accommodate the food and diet that is required, or to be transferred to an institution that does recognize your religion. You also request not to be retaliated against for filing this appeal.

### APPEAL RESPONSE:

On May 5, 2007, Correctional Sergeant R. Berry attempted to conduct an interview with you concerning the contents of your appeal. During the interview you stated that you wished to continue with this appeal. A review of your Appeal has been completed. Your requested modifications and accommodations have received careful consideration.

The California Department of Corrections and Rehabilitation (CDCR) respects the religious beliefs of all inmates, and does not discriminate because of religion. PBSP does not currently have a Jewish Rabbi on staff, but is actively seeking a candidate for the position. The Jewish Kosher Program cannot be administered unless it is supervised by a Rabbi. Chaplin Bliesner can put you in contact with an outside Rabbi to accommodate your religious holidays. During your Institutional Classification Committee you can request a transfer to an institution that currently has a Rabbi on staff. It is the policy of the CDCR not to retaliate in any way against an inmate that files an appeal.

### DETERMINATION OF ISSUE:

Based upon the above information your appeal is **PARTIALLY GRANTED** at the first Level of Review. You have the right to appeal this decision to the next level per the CCR, Title 15, Section 30841.1(a). .

_____   5.24.07
M. FOSS              Date
Facility Captain
Facility B

_____   5-25-07
M. A. COOK           Date
Associate Warden
General Population

| PELICAN BAY STATE PRISON |
|---|
| SECOND LEVEL REVIEW |

DATE: JUL 0 2 2007

Inmate HUMDY, J-74235
Pelican Bay State Prison
Facility C, Security Housing Unit
Building 5, Cell 106

RE: WARDEN'S LEVEL DECISION           APPEAL: PARTIALLY GRANTED
    APPEAL LOG NO. PBSP-S-07-00933     ISSUE: LIVING CONDITIONS

This matter was reviewed by ROBERT A. HOREL, Warden, at Pelican Bay State Prison (PBSP). Correctional Sergeant R. Berry interviewed the inmate on May 5, 2007, at the First Level of Appeal Review.

## ISSUES

Inmate Humdy requests to be served a Jewish kosher diet and to have no reprisals taken against him for having filed the appeal.

## FINDINGS

### I

The inmate requests to be served a Jewish kosher diet on all religious holidays or be transferred to an institution where such a diet can be provided.

### II

The California Code of Regulations (CCR), Title 15, Section 3054 (a), states each institution shall make *reasonable efforts*, as required by law, to accommodate those inmates who have been determined pursuant to CCR, Title 15, Section 3054.3 (b) (1), to require a religious diet.

The CCR, Title 15, Section 3054 (e), states there shall be at least two distinct religious diet options: vegetarian and Jewish kosher.

The Departmental Operations Manual, Article 51, Food Service, Section 54080.14, states if a Jewish inmate is housed at an institution that does not have a Jewish kosher diet program, he may upon request, be considered for transfer to another institution that meets their kosher need and classification.

## DETERMINATION OF ISSUE

PBSP is currently putting forth reasonable efforts to recruit a full-time Jewish Chaplain via the California Department of Corrections and Rehabilitation and the State Personnel Board's Vacancy

Supplement Page 2
HUMDY, J-74235
Appeal # PBSP-S-07-00933


Lists to allow for the religious and spiritual welfare of all Jewish inmates. Meanwhile, the Jewish inmates housed at PBSP are limited to resources provided by the Aleph Institute, since a Jewish kosher diet cannot be administered without being supervised by a Rabbi.

The inmate is currently housed in the Security Housing Unit on an indeterminate basis and is scheduled for a 180-day review in November 2007, during which time he may request to be transferred to an institution where a Jewish kosher diet is provided. Additionally, reprisals will not be taken against the inmate as a result of filing the appeal; therefore, the APPEAL IS PARTIALLY GRANTED.

## MODIFICATION ORDER

No modification of this action or decision is required.


ROBERT A HOREL
Warden


BDS #60  6-25-07

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:   OCT 1 4 2007

In re:   Humdy, J-74235
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

IAB Case No.: 0702289         Local Log No.: PBSP 07-00933

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner R. Pimentel, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position that the Pelican Bay State Prison (PBSP) is inappropriately refusing to provide him religious accommodations relative to meal service. The appellant contends that due to his religious practices he must be served a kosher meal. The appellant requests to be provided kosher meals, or to be transferred to another institution that has kosher meals, and that no retaliation be taken against him.

**II   SECOND LEVEL'S DECISION:** The First Level of Review informed the appellant that PBSP does not have a rabbi on staff, but the PBSP is actively canvassing to hire one. The Second Level of Review (SLR) advised the appellant that the Aleph Institute was contacted relative to assisting PBSP provide religious services for the inmate population. The SLR noted that the PBSP resources are limited relative to kosher meals and that there is not a rabbi on staff to oversee a kosher meal program. The SLR noted that the appellant's case factors are pending review at his annual review and at that time his request for transfer will be considered. The SLR partially granted the appeal.

**III   DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A. FINDINGS:** The documentation and arguments are persuasive that the appellant has failed to support his appeal issues with sufficient evidence or facts to warrant a modification of the SLR. The Director's Level of Review (DLR) finds pursuant to California Code of Regulations, Title 15, Section (CCR) 3054 "(a) Each institution shall make reasonable efforts, as required by law, to accommodate those inmates who have been determined, pursuant to CCR, Title 15, subsection 3054.3(b)(1), to require a religious diet." The DLR notes that the key words are "reasonable efforts." The DLR notes that the PBSP religious staff has contacted an outside institute of the Jewish faith to provide assistance to the inmate population of that faith. The appellant argues that this is insufficient; however, the PBSP has provided the appellant an articulate response that additional measures are not possible. The appellant was advised that a full time kosher meal program cannot be accomplished at PBSP because there is not rabbi on staff to oversee the process. The PBSP is making reasonable attempts to hire a rabbi, but in the interim the Protestant Chaplain serves as the Jewish advisor. The appellant was informed that during his annual review he may be request transfer to another institution. Therefore no relief is provided at the DLR.

**B. BASIS FOR THE DECISION:**
CCR: 3000, 3001, 3050, 3054, 3054.1, 3054.3, 3054.4, 3084.2, 3210, 3380
CDC Operations Manual Section: 54080.14

**C. ORDER:** No changes or modifications are required by the institution.

HUMDY, J-74235
CASE NO. 0702289
PAGE 2

This decision exhausts the administrative remedy available to the appellant within CDCR.

*[signature]*

N. GRANNIS, Chief
Inmate Appeals Branch

cc:   Warden, PBSP
      Appeals Coordinator, PBSP

LIBRARY SEARCH CHEAT SHEET

If you **know the citation**, use the RETRIEVE DOCUMENT (bottom right hand corner of the screen) feature to retrieve case law in the following format:

| | |
|---|---|
| Cite California Reporter cases as follows: | ____ Cal. Rptr.3d (2d) ____ |
| Cite Federal Appendix cases as follows: | ____ Fed.Appx. ____ |
| Cite Federal Reporter cases as follows: | ____ F.3d (2d) ____ |
| Cite Federal Supplement cases as follows: | ____ F.Supp.2d ____ |
| Cite Supreme Court Reporter cases as follows: | ____ S.Ct. ____ |
| Cite California Codes as follows: | Penal____ |

When you know a different citation or the party names, use the California **Table of Cases**, Federal Reporter Table of Cases, Federal Supplement Table of Cases or Supreme Court Table of Cases. The table of cases is an alphabetical listing by short title, along with citation, court, and year of decision, of all cases in the database within the California, Federal Reporter, Federal Supplement or Supreme Court. "DOC LIST" (document list-lower right hand corner of your screen) is an alphabetical range of case listings. Each document contains approximately 150 entries and once you are in the documents they are displayed in alphabetical order by short title of the case.

**West's Federal Digest CD-ROM Edition**, covers Federal cases decided in the Federal courts from 1983 through 2005, and contains digest paragraphs prepared by the editorial staff of West. This digest is arranged according to the West Key Number System. Click on SCOPE (bottom right hand corner of your screen) to access "TOPIC LIST" for an alphabetical listing of subjects.

**United States Code Annotated** on CD-ROM includes all 50 titles of the United States Code Annotated, the Constitution of the United States, court rules, and appendices. Use the "Scope" button (bottom right hand corner of your screen) to access "Contents" and "General Index"

You can also review Title 15, CA Attorney General Opinions, California Jurisprudence 3d, "Witkins" (the full text of the following treatises by B.E. Witkin: California Criminal Law (co-authored by Norman L. Epstein), California Evidence, California Procedure, and Summary of California Law.) and California Session Laws. Use the "SCOPE" button (bottom right hand corner of your screen) for more information.

**The red x at the top left of middle on your screen is your "BACK" key that helps you get to the previous screen. If you click on the little man reading at the top right of your screen you will go back to the listing of holdings in the database.**

hg872006

NAME: James Hurely

DC NO: J-74235  HOUSING: CS-106 **✗**

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

**RECEIVED**
FEB 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**U.S. Northern Dist. of Ca.**
**U.S. Courthouse**
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483