```
                                                    FILED
                                                 08 MAR 26 PM 1:42

                                                 RICHARD W. WIEKING
                                                 CLERK, U.S. DISTRICT COURT
                                                 NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James Humdy
             Plaintiff,

        vs.

Pelican Bay State Prison
warden Horel
             Defendant.

CASE NO. C08-1096 PJH

PRISONER'S APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, James Humdy, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: NONE                    Net: NONE

Employer: NONE

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Yes im in Prison I never were employed
5  
6  
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                Yes ___ No ✓
10          self employment
11     b.   Income from stocks, bonds,             Yes ___ No ✓
12          or royalties?
13     c.   Rent payments?                         Yes ___ No ✓
14     d.   Pensions, annuities, or                Yes ___ No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments,     Yes ___ No ✓
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21                NONE
22  
23  3.   Are you married?                          Yes ✓ No ___
24  Spouse's Full Name: nitia george / Humdy
25  Spouse's Place of Employment: ~~Barbs~~ Not NONE
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ Not NONE          Net $ Not NONE
28  4.   a.   List amount you contribute to your spouse's support: $ NONE

RIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____  - 2 -

| | |
|---|---|
| 1 | b.   List the persons other than your spouse who are dependent upon you for |
| 2 | support and indicate how much you contribute toward their support. (NOTE: |
| 3 | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 | THEIR NAMES.). |
| 5 | _____NONe_____ |
| 6 | _____ |

7. 5.   Do you own or are you buying a home?        Yes ___ No _✓_
8. Estimated Market Value: $ _None_   Amount of Mortgage: $ _None_
9. 6.   Do you own an automobile?                  Yes ___ No _✓_
10. Make _NO_   Year _NO_   Model _NO_
11. Is it financed? Yes _—_ No _____ If so, Total due: $ _____
12. Monthly Payment: $ _____
13. 7.   Do you have a bank account? Yes ___ No _✓_ (Do not include account numbers.)
14. Name(s) and address(es) of bank: _NO_
15. _____
16. Present balance(s): $ _None_
17. Do you own any cash? Yes ___ No _✓_ Amount: $ _None_
18. Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19. market value.) Yes ___ No _✓_
20. _None_
21. 8.   What are your monthly expenses?
22. Rent: $ _None_   Utilities: _None_
23. Food: $ _None_   Clothing: _None_
24. Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| None | $ None | $ None |
| | $ | $ |
| | $ | $ |

1  9.     Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____ None _____
4  _____

6  10.    Does the complaint which you are seeking to file raise claims that have been presented
7  in other lawsuits?   Yes √   No ___
8  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
9  which they were filed.
10 fulbright v. Jones U.S.D.C. W.D. Okla, 2006 WL 222807
11 unreported.

12      I consent to prison officials withdrawing from my trust account and paying to the court
13 the initial partial filing fee and all installment payments required by the court.
14      I declare under the penalty of perjury that the foregoing is true and correct and
15 understand that a false statement herein may result in the dismissal of my claims.

17 3-16-08                              James Hundy
        DATE                        SIGNATURE OF APPLICANT

20                                  Case Number: S-07-00933

-4-

NAME: James Hundy

CDC NO: J74235  HOUSING: C5-106

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

PELICAN BAY
5905 Lal
Crescent C

**CONFIDENTIAL LEGAL MAIL**



.S. Northern Dist. of Ca.
.S. Courthouse
50 Golden Gate Ave.
an Francisco, Ca. 94102-3483