Case Number: 08-1096 PJH



# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>James Fleetwood Humdy  J74235</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>15.83</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>27.26</u>.    (20%= $5.45)

Dated: 3/12/08                                    _____
                                                            Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
       TRUST OFFICE

```
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 10, 2008

ACCOUNT NUMBER  : J74235                    BED/CELL NUMBER: CF05L 000000106L
ACCOUNT NAME    : HUMDY, JAMES FLEETWOOD          ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY
          TRAN
DATE      CODE   DESCRIPTION     COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----     ----   -----------     -------       ---------   --------   -----------   -------

09/01/2007       BEGINNING BALANCE                                                    40.00

09/05  FC04  DRAW-FAC 4      1095  C-5                                40.00            0.00
09/28  D300  CASH DEPOSIT    1483SI9/27              50.00                            50.00
10/02  FC04  DRAW-FAC 4      1548  C-5                                45.00            5.00
10/12  W517  WRAP/S          1734                                      0.50            4.50
10/12  W501  SHIPPING CHAR   1734                                      4.50            0.00
11/30  D300  CASH DEPOSIT    2365 #104             20.00                              20.00
12/03  W501  SHIPPING CHAR   2384/1734                                 1.45           18.55
12/04  FC04  DRAW-FAC 4      2428  C-5                                18.55            0.00
       ACTIVITY FOR 2008
02/04  D300  CASH DEPOSIT    3338 #150             25.00                              25.00
02/07  W502  POSTAGE CHARG   3486                                      0.02           24.98
02/20  W512  LEGAL POSTAGE   3642                                      2.84           22.14
03/03  FC04  DRAW-FAC 4      3823  C-5                                22.14            0.00
03/05  D300  CASH DEPOSIT    3853 #172             25.00                              25.00
03/07  W513  MISC. CHARGES   3965                                      5.90           19.10
03/07  W513  MISC. CHARGES   3965                                      0.60           18.50

                              TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL           TOTAL         CURRENT        HOLDS         TRANSACTIONS
  BALANCE      DEPOSITS       WITHDRAWALS     BALANCE       BALANCE        TO BE POSTED
 ---------    ----------    ------------    ----------    ----------    ---------------
   40.00        120.00         141.50          18.50         0.00             0.00
```

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                            -----------
                                                               18.50

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE