James Hundly #J1235
California State Prison - Pelican Bay
C5-106# P.O. Box 7500
Cresent City, CA 95532

US District Court
450 Golden Gate Ave
P.O. Box 36060
San Francisco, CA 94102-9680

**RECEIVED**

MAR 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C08-1096 PJH

( :Re- writ of habeas/certificate of )
( of trust. Case no. S-07-0093 )
James Hundly
vs.
Warden Horel / Director of corrections

Dear Mr.(s) of the court you sent me back (2) copies of a writ of habea(s); I sent you, along with a package of papers. (1) declaring that I must seek a notirized request for certified 6 month's Trust. In order to enter the courts. as following I did what was requested at know ends. but my mail was recently lost through prison channels. you'll notice the people I'm bring the charge's against is ultimately handling the very legal work im try to get notorized. I fear they trash my (2) copys of my writ of habeas corpus and are attempting to make sure blow my due date of march 22nd 2008. You'll notice the Triangle of confession there sending me through. I ask the court for an extention date and possibly call the prison to see why Im been denied to use my Rights to the courts. The problems Im going through or endless and my pursuit for a a certificate of trust seem's to be getting shuffled. 44 pages are missing that was going to your court's. I have an original copy of my boz, and writ of habeas in your court under case number. S-07-0093 Id like to get the necessary copies if I could through my trust given the courts prevail in obtaining the trust of certificate from pelican Bay. I can only request these things but without the ultimate decission from the courts I will continue to have my legal work thrown in the trash, or unconvriently lost,

①

so I appeal to the courts to intervene in the process of obtaining my certificate of trust, along with an amount of necessary funds needed to have the court's copy the writ of habeas corpus for the following defendants which should be about 60 pages for all 3 copys. Ordering the prison to do such as take the money I have now off my books which is $25.00 and a copies the last 6 months and the certificate would ease the burden I'm currently suffering. I'd thank the courts and ask that this matter be addressed immediately along with another month extension.

I solemly swear under the penalty of perjury the for going is true and correct.

Date - 3-18-08

James Hundy
James Hundy JM335

Re: I/M Humdy's request for a 6 month certified trust statement

I have received a request directly from Inmate Humdy, and have prepared the requested six month certified trust statement today. As of this writing, I am waiting for the required signature from my supervisor. Once that has been accomplished, I will mail the certified trust statement to the law library. I cannot return a certified statement to an inmate.

My guess is that inmate Humdy has sent a duplicate request through you, which is what I have received in today's mail, and to which I am responding. I am, therefore, returning the original funds certificate to you. Should it not be a duplicate request, please let me know and I will gladly prepare a second certification for inmate Humdy and deliver it to the Law Library as per our normal procedure.

Sincerely

Janelle Kleppin
Account Clerk II
PSP Trust Office
X5167

```
📁 6 mo certs                                              _ □ X

File   Edit   View   Favorites   Tools   Help

 ← Back ▾         ↑     🔍 Search   📂 Folders   ▦ ▾

Address  📁 D:\Data\Janelle\6 mo certs                    ▾  → Go

                              Name ▲              Size   Type   Date Modified
 File and Folder Tasks  ▴     📄 J74235 MAR08.doc  36 KB  Mic... 3/11/2008 10:16 AM
```

Humdy I contacted Trust And Dropped off your form. They sent the form back with this response.

CCI T. Puget 3/17/08

STATE OF CALIFORNIA
GA-22 (9/92)

**INMATE REQUEST FOR INTERVIEW**

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 3. 08 | UNIT C-5 ~~Counselor~~ | Handy | J74235 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER FROM | TO |
|---|---|---|---|---|
| CS | 106 | | | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS FROM | TO |
|---|---|---|
| | | |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I need your Signature for purpose's of sending out verification for "trust" statement for Courts. Thank you May Yahweh Bless Your Under Standing.

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY T. Puget CCI    DATE 3/10/08

DISPOSITION
I took your Certificate of Funds to the PBSP Trust office Today, they will fill it out And Return it To you. They Told Me they Are suppose to fill them out.

(Stamp: PELICAN BAY STATE PRISON SECURITY HOUSING UNIT)

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|
| 3-05-08  Trust Accountant | Hundy | J74235 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER FROM | TO |
|---|---|---|---|---|
| CS- | 106# | | | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS FROM | TO |
|---|---|---|

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

for legal purpose's I need my trust statement for the last 6 months. Thank You! and may Yahweh Bless Your Under Standing

---

Do NOT write below this line. If more space is required, write on back.

| INTERVIEWED BY | DATE |
|---|---|

DISP The 6 month certified trust statement
— you requested has been mailed to your
Law Library today. They will contact you
— regarding mail out.

**COMPLETED MAR 1 2 2008**

[Stamp: STATE PRISON SECURITY HOUSING UNIT C-5]

**PELICAN BAY STATE PRISON — SECURITY HOUSING UNIT C-5**

STATE OF CALIFORNIA — INMATE REQUEST FOR INTERVIEW — DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 3-11-08 | Trust Accountant | Hunter | J-74235 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER FROM | TO |
|---|---|---|---|---|
| C5- | 106 | | | |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) — ASSIGNMENT HOURS FROM / TO

Clearly state your reason for requesting this interview. You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I'd like to know if you recieved a certificate of funds to the PBSP trust office 3/10/08. If so you'll have to add all my trust incoming statements for the last 6 months, as well, and also you should not Thur___

---

INTERVIEWED BY: J. Kleppin  DATE: 3-14-08

This is the 3rd request I have recieved from you. Your 6 mo. cert was prepared on 3/11/08 + mailed to your Law Library on 3/12/08. I prepare 6 mo certs for all of the courts - I usually turn them around in 1-2 days, although the procedure states I have 10 days to do so.

DISPOSITION:

Transaction is currently before a superior Court and I have a 30 day time limit to respond to courts, and If I can get this done with a immediate response it would be great. Of course if its not on time Iull have to subpoena your statement as to why you couldnt sign and return my document.

Thank you

# PELICAN BAY STATE PRISON
## SECURITY HOUSING UNIT C-5
### INMATE REQUEST FOR INTERVIEW

STATE OF CALIFORNIA
GA-22 (9/92)
DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 3-17-08 | Law Library | Humdy | J74235 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER FROM / TO |
|---|---|---|---|
| C5 | 106 | | |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)
ASSIGNMENT HOURS FROM / TO

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Yesturday I sent you (2) copies of a completed Copied by Photo. Writ of Habeas Corpus along with a 602 for (1) copy and Certificate of trust Document from The Superior Court with deadline attached to it for →

---

**Do NOT write below this line. If more space is required, write on back.**

INTERVIEWED BY: D. DePew — We currently have nothing to copy for you.
DATE: 3-18-08
DISPOSITION:

---

March 22nd 2008. So with great urgency I would appreciated if you could allow me to meet my deadline. or possibly a writen statment as to why you werent able to get it done by Thursday. Thank you and sorry for any inconvience I may have cause do to my mistake.

May Yahweh Bless your Understanding
In True love with Yashua Messiah

DATE: 3-14-08

NAME: Humdy     CDC NO. J74235  HOUSING  C5/06

Your "REQUEST FOR CERTIFIED 6 MONTHS TRUST ACCCOUNT HISTORY" has been completed by the Trust Office and has been returned to the SHU Law Library.

You must notify the Law Library when your paper work requiring the In Forma Pauperis (IFP) certification is ready to be mailed by sending your "Request for Legal Photocopy Service", along with your legal papers to the library. Be sure to include your signed trust withdrawal form. Attach the lower portion of this page to the "Request for Legal Photocopy Service form.

On completion of the photocopying, the library mail cart officer will return your legal papers and the copies to you. You are required to place your paperwork in an envelope – the officer will place the IFP certificate into the envelope with your papers – the envelope will be sealed and mailed to the Court.

Diane DeLeew
S.H.U. Law Library ~~Officer~~ LTA

-------------------------------------------------------------

PELICAN BAY STATE PRISON
C5-106 * P.O. BOX 7500
CRESCENT CITY, CA 95532

LEGAL MAIL

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-5

(PJH)

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

U.S. DISTRICT COURT
450 GOLDEN GATE AVE
P.O. BOX 36060
SAN FRANCISCO, CA. 94102-9600



02 1M
0004217666
MAILED FROM ZIP CODE 95531
$ 00.58⁰
UNITED STATES POSTAGE
PITNEY BOWES
MAR 19 2008



3-18-08
c/o C. Huy