UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES FLEETWOOD HUMDY, JR.,

                  Petitioner,               No. C 08-1096 PJH (PR)

   v.                          **JUDGMENT**

ROBERT A. HORE, Warden, and
DIRECTOR OF CORRECTIONS,

                  Respondents.
_____/

      Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against petitioner and in favor of respondents.  Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  April 8, 2008.

                                   _____
                                PHYLLIS J. HAMILTON
                         United States District Judge

**United States District Court**
For the Northern District of California

G:\PRO-SE\PJH\HC.08\HUMDY1096.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JAMES F HUMDY JR,

              Petitioner,

  v.

DIRECTOR OF CORRECTIONS et al,

              Respondents.

_____/

Case Number: CV08-01096 PJH

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


James Fleetwood Humdy J-74235
Pelican Bay State Prison
C5-106
P.O. Box 7500
Crescent City, CA 95532

Dated: April 8, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk